UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-22459-CIV-LENARD/SIMONTON

MINDY HUANG,

    Plaintiff,

vs.

RACETRAC PETROLEUM, INC.,

    Defendant.

_____/

FILED by ___ D.C.
APR 2 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING PLAINTIFF'S MOTION [FOR LIQUIDATED] DAMAGES (D.E. 68)

**THIS CAUSE** is before the Court on Plaintiff's Motion [for Liquidated] Damages (D.E. 68), filed on March 17, 2005. Defendant filed a Response (D.E. 70) on March 21, 2005; and Plaintiff filed a Reply (D.E. 71) on March 24, 2005. Having reviewed the Motion, Response, Reply, and the record, and being fully advised in the premises, the Court finds that Defendant has not demonstrated either that its actions were in good faith or that it had reasonable grounds for believing that its actions did not violate the law. 29 U.S.C. § 260; see Spires v. Ben Hill County, 980 F.2d 683, 689-91 (11th Cir. 1993); cf. Atlanta Professional Firefighters Union, Local 143 v. City of Atlanta, 920 F.2d 800, 806-07 (11th Cir. 1991). Accordingly, it is:

**ORDERED AND ADJUDGED** that Plaintiff's Motion [for Liquidated] Damages (D.E. 68), filed on March 17, 2005, is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2005.

 /s/ Joan A. Lenard
 JOAN A. LENARD
 UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Andrea M. Simonton
 All Counsel of Record
 CASE NO. 03-22459-CIV-LENARD/SIMONTON